UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB - 9 2000

LORETTA G. WHYTE
           CLERK
```

BRENDA A. BURTON

CIVIL ACTION

VERSUS

NUMBER: 00-0417

COMMUNITY SERVICES
ENTERPRISES, INC.

SECTION: SECT G MAG 3

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

[X]  the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ]  the motion is MOOT; the party was previously granted pauper status.

[ ]  the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ]  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 9 day of Feb, 2000.

DATE OF ENTRY  FEB 11 2000

_____
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process _____
X  Dktd _____
   CtRm Dep _____
   Doc. No. 2