

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-417 |
| VERSUS | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

Defendant, Community Services Enterprises, Inc. ("CSE"), respectfully moves this Court, pursuant to Local Rule 7.9E, for an extension of time of twenty (20) days, or until April 3, 2000, within which to answer or otherwise file responsive pleadings to the plaintiff's complaint for declaratory relief filed in this Court. Service of summons was made on CSE on February 22, 2000, so that the deadline for filing responsive pleadings would be March 13, 2000. Counsel

DATE OF ENTRY
MAR 1 4 2000

Fee
Process
X/Dktd 16
CtRmDep
Doc.No. 4

456177-1

certifies that no other extensions have been requested by or granted to CSE in this matter and no opposition to an extension of time has been filed in the record.

Respectfully submitted,

_____
RONALD L. NAQUIN (Bar No. 9890)
-of-
**CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**ATTORNEYS FOR DEFENDANT,
COMMUNITY SERVICES
ENTERPRISES, INC.**

### CERTIFICATE OF SERVICE

I certify that a copy of the aforementioned pleading has been served upon all parties to this litigation by mailing same first class United States mail, on this 10th day of March, 2000.

_____
**Attorney for Community Services
Enterprises, Inc.**

456177-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-417 |
| VERSUS | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that defendant, Community Services Enterprises, Inc., be and hereby is granted an additional twenty (20) days, or until April 3, 2000, within which to file responsive pleadings.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

422085-1