**MINUTE ENTRY**
**AFRICK, M.J.**
**April 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENDA A. BURTON** | **CIVIL ACTION NO. 00-0417** |
| versus | SECTION: "G" (3) |
| **COMMUNITY SERVICES ENTERPRISES, INC.** | |

IT IS ORDERED that a status conference will be held in the above-captioned case on April 26, 2000, at 9:30 A.M., in the undersigned Magistrate Judge's chambers located at 501 Magazine Street, Room 335, New Orleans, Louisiana. **Counsel may participate by telephone if counsel notifies the undersigned Magistrate Judge's chambers at least two (2) working days prior to the conference.**

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
APR 1 4 2000