FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -4 P 4: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRENDA A. BURTON                                    CIVIL ACTION NO. 00-0417

versus                                              SECTION: "G" (3)

COMMUNITY SERVICES ENTERPRISES, INC.


**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
TO EXERCISE JURISDICTION**

    In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this district court is available to conduct any or all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if all parties voluntarily consent.

    You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

    An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

DATE OF ENTRY

MAY 5  2000

**CONSENT TO THE EXERCISE OF JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| 5/1/00 | _[signature]_ | Community Services Enterprises, Inc. |
|---|---|---|
| Date | Plaintiff(s) | Defendant(s) |
| | Attorney for Plaintiff | Andrew C. Partee, Jr. |
| | Brenda Burton | Attorney for defendant |

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case be referred to a United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. 636(c), and Fed.R.Civ.P. 73 and the foregoing consent of the parties.

New Orleans, Louisiana, this 4th day of May, 2000.

_[signature]_
**UNITED STATES DISTRICT JUDGE**

- 2 -