

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NUMBER 00-417 |
| vs. | : | |
| | : | SECTION G |
| COMMUNITY SERVICES | : | |
| ENTERPRISES, INC. | : | MAGISTRATE 3 |
| | : | |
| Defendant. | : | |

## MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, comes Plaintiff, Brenda Burton, who respectfully moves that she be allowed to be represented by Charles M. Delbaum, of New Orleans Legal Assistance Corporation, in addition to her current attorney, Wendy Hickok Robinson, also of New Orleans Legal Assistance Corporation, pursuant to Local Rule 83.2.12. Plaintiff asks the Court to enter the appearance of Charles M. Delbaum and to direct the Clerk to enroll him as counsel of record.

Respectfully Submitted,

_____
Wendy Hickok Robinson (La. Bar # 25225)
NEW ORLEANS LEGAL ASSISTANCE CORP.
144 Elk Place
New Orleans, Louisiana 70112
(504) 529-1000

Attorney for Plaintiff

DATE OF ENTRY
JUN 5 2000

CERTIFICATE OF SERVICE

The foregoing has been served on all counsel of record for defendant by mailing same first class Untied States mail, postage prepaid, this 31 day of May, 2000.

_____
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NUMBER 00-417 |
| vs. | : | |
| | : | SECTION G |
| COMMUNITY SERVICES | : | |
| ENTERPRISES, INC. | : | MAGISTRATE 3 |
| | : | |
| Defendant. | : | |

ORDER

Considering the foregoing motion, *BMR # 22035*

IT IS ORDERED that Charles M. Delbaum of New Orleans Legal Assistance Corporation be enrolled as counsel of record for Plaintiff, Brenda Burton.

New Orleans, Louisiana, this 2nd day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE