

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * *

**PROTECTIVE ORDER BY CONSENT MOTION**

Considering the Request for Production of Documents served by plaintiff, Brenda A. Burton, and counsel for plaintiff on defendant, Community Services Enterprises, Inc. ("CSE"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.

Any and all documents produced by CSE pursuant to Plaintiff's Request to Produce Documents numbers 9, 10, 14, 15, 16 and 17 and submitted in accordance with the instant Protective Order shall be considered "Confidential Information" in that such documents are highly confidential, personal, and sensitive in nature. Defendant also asks that all documents regarding CSE's financial affairs also be considered "Confidential Information."

DATE OF ENTRY
JUL 2 0 2000

470926-1

2.

Any and all information provided by CSE pursuant to Plaintiff's First Set of Interrogatories to Defendant and submitted in accordance with the instant Protective Order shall be considered "Confidential Information" in that such information is highly confidential, personal, and sensitive in nature. The answers to Interrogatories numbers 1 and 5 shall be covered by this Protective Order.

3.

"Confidential Information" shall only be made available to "Qualified Persons" as defined in paragraph 4 below who have read this Protective Order and who agree to be bound by its terms. No other person shall have access to such "Confidential Information" without the approval of the producing party or the Court. Further, no other person shall be informed of the nature of such "Confidential Information" by any person having access thereto.

4.

"Confidential Information" may be exhibited to and discussed with only the Qualified Persons set forth in this paragraph. "Qualified Persons" as used herein consists of the parties in this matter, their employees, agents, assigns, and affiliates; the Court and its officers; counsel of record, including other attorneys in the firm, law clerks, legal secretaries and paralegals; co-counsel, if any, and their legal staff; investigators, stenographic clerical employees; employees/agents of any party or any counsel who is directly involved in this litigation; consultants and independent experts employed by the parties described above, and any employees/agents of consultants and independent experts as described above.

5.

Counsel for plaintiff shall execute an affidavit in the form attached hereto as **Exhibit "A"**. Plaintiff, Brenda A. Burton, shall execute an affidavit in the form attached hereto as **Exhibit "B"**. Counsel for Defendant shall maintain said affidavits until these proceedings are terminated.

6.

All documents designated as "confidential" shall be maintained under the control of counsel for the parties. Nothing herein shall restrict counsel from making working copies for use in their offices or the offices of other "Qualified Persons," which working copies shall be deemed "Confidential Information" under the terms of this Order. All "Confidential Information" in documentary form and all copies thereof shall be maintained in the offices of counsel.

7.

"Confidential Information" shall be used solely for the purpose of this litigation and shall not be used or offered for use in connection with any other litigation or proceedings of any kind or for any business, commercial, or other purposes.

8.

"Confidential Information" may only be disclosed to persons other than "Qualified Persons" who are or may be witnesses necessary for the preparation of this litigation for trial, provided, however, that no disclosure to such person shall be made until a signed affidavit in the form of **Exhibit "B"** from such person is given to defense counsel.

9.

Any pleadings or other documents filed with the Court (including any trial exhibits) by any party that have attached as exhibits or otherwise any Confidential Information or that contain any references to Confidential Information shall be filed enclosed in a sealed envelope that may

470926-1                                          3

only be opened by the Court and may only be viewed by the Court, the Court's law clerks, and the office staff for purposes of rendering orders and deciding the various issues in this action. The sealed envelope shall be clearly marked in large letters "Confidential Information", the contents of this envelope may only be viewed by the Judge or Magistrate Judges, their law clerks, and office staff. The Court shall make such further rulings as it deems necessary to preserve the confidentiality of any Confidential Information that any party seeks to use at trial.

10.

At the conclusion of the above-entitled action, any originals and reproductions of any documents subject to this Protective Order shall not be retained by the receiving party and shall be returned to the producing party. However, the provisions of this Protective Order insofar as they restrict the communication and use of the documents produced hereunder shall, unless otherwise stipulated in writing or pursuant to an order of the court, continue to be binding after the conclusion of this action.

11.

Nothing contained herein shall constitute a waiver of any ground for objecting to requests for discovery, nor shall the consent of the parties to the terms of this Order be deemed an admission or acknowledgment with respect to the relevance, competence, or admissibility in evidence of any protected information as to any issue in this litigation.

12.

In the event of an intentional breach of this Protective Order, the offending party shall be subject to sanctions, including, but not limited to penalties for contempt of court, and reasonable damages, costs, and attorneys' fees incurred by moving party.

Dated this 19th day of July, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

Approved as to Form and Submitted By:

_____
**ANDREW C. PARTEE, JR. (T.A.) (# 10380)**
**RONALD L. NAQUIN (# 9890)**
**ZENEL A. DOUCET (# 26267)**
    -OF-
**CHAFFE, McCALL, PHILLIPS,**
 **TOLER & SARPY, L.L.P.**
1100 Poydras Street, 2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Defendant**
**COMMUNITY SERVICES ENTERPRISES, INC.**

-and-

_____
**CHARLES DELBAUM (#22035)**
**WENDY HICKOK ROBINSON (#25225)**
New Orleans Legal Assistance Corporation
Suite 1000, 144 Elk Place
New Orleans, Louisiana
Telephone: (504) 529-1000
**Attorneys for Plaintiff**

470926-1                                 5

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13th day of July, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery.

_Zenee A. Doucet_

470926-1                                6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * *

STATE OF LOUSIANA
PARISH OF ORLEANS

### AFFIDAVIT OF COMPLIANCE WITH PROTECTIVE ORDER

The undersigned, having first been sworn under oath, does hereby affirm as follows:

1. I have on this 13th day of July, 2000, read the Protective Order entered by the United States District Court, Eastern District of Louisiana in this case.

2. I understand that I am bound by the terms and conditions of that Protective Order and that I may not use or divulge any protected information for any purpose other than as provided in said Order.

3. I understand and acknowledge that in the event I intentionally violate any terms or conditions of the Protective Order, I may be subject to sanctions, penalties, and/or censure by said Court for contempt of the Court's Order.

_____  7-13-00
**Brenda A. Burton**

**EXHIBIT "B"**

470929-1

**I HEREBY CERTIFY** that on this 13th day of July, 2000, before me, a Notary Public for the State of Louisiana, Parish of Orleans, personally appeared

**BRENDA A. BURTON**

who made oath in due form of law that she executed the foregoing document and that the facts contained are true and correct.

**AS WITNESS** my hand and Notarial Seal.

_____
**NOTARY PUBLIC**
My commission is for life.

**EXHIBIT "B"**

470929-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * * *

STATE OF LOUSIANA
PARISH OF ORLEANS

### AFFIDAVIT OF COMPLIANCE WITH PROTECTIVE ORDER

The undersigned, having first been sworn under oath, does hereby affirm as follows:

1. I have on this __13__ day of July, 2000, read the Protective Order entered by the United States District Court, Eastern District of Louisiana in this case.

2. I understand that I am bound by the terms and conditions of that Protective Order and that I may not use or divulge any protected information for any purpose other than as provided in said Order.

3. I understand and acknowledge that in the event I intentionally violate any terms or conditions of the Protective Order, I may be subject to sanctions, penalties, and/or censure by said Court for contempt of the Court's Order.

_____
Wendy Hickok Robinson
Attorney for Plaintiff

EXHIBIT "A"

470929-1

I HEREBY CERTIFY that on this 13th day of July, 2000, before me, a Notary Public for the State of Louisiana, Parish of Orleans, personally appeared

**WENDY HICKOK ROBINSON**

who made oath in due form of law that he executed the foregoing document and that the facts contained are true and correct.

AS WITNESS my hand and Notarial Seal.

*Laura Tuggle*
**NOTARY PUBLIC**
My commission is for life.

**EXHIBIT "A"**

470929-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * *

STATE OF LOUSIANA
PARISH OF ORLEANS

### AFFIDAVIT OF COMPLIANCE WITH PROTECTIVE ORDER

The undersigned, having first been sworn under oath, does hereby affirm as follows:

1. I have on this 13th day of July, 2000, read the Protective Order entered by the United States District Court, Eastern District of Louisiana in this case.

2. I understand that I am bound by the terms and conditions of that Protective Order and that I may not use or divulge any protected information for any purpose other than as provided in said Order.

3. I understand and acknowledge that in the event I intentionally violate any terms or conditions of the Protective Order, I may be subject to sanctions, penalties, and/or censure by said Court for contempt of the Court's Order.

                                                                        **Charles Delbaum**
                                                                        **Attorney for Plaintiff**

EXHIBIT "A"

470929-1

I HEREBY CERTIFY that on this 13th day of July, 2000, before me, a Notary Public for the State of Louisiana, Parish of Orleans, personally appeared

## CHARLES DELBAUM

who made oath in due form of law that he executed the foregoing document and that the facts contained are true and correct.

AS WITNESS my hand and Notarial Seal.

_____
**NOTARY PUBLIC**
My commission is for life.

**EXHIBIT "A"**

470929-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA A. BURTON,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NUMBER 00-417** |
| vs. | : | |
| | : | **SECTION G** |
| **COMMUNITY SERVICES** | : | |
| **ENTERPRISES, INC.** | : | **MAGISTRATE 3** |
| | : | |
| **Defendant.** | : | |

## ORDER

Considering the foregoing Motion for Entry of Confidentiality Stipulation and Protective Order,

IT IS ORDERED that the Motion for Entry of Confidentiality Stipulation and Protective Order is GRANTED. IT IS FURTHER ORDERED that the attached Confidentiality Stipulation and Protective Order is hereby approved and entered as an order of this Court.

New Orleans, Louisiana, this 19th day of July, 2000.

_____
UNITED STATES MAGISTRATE JUDGE