


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 18 PM 4:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA A. BURTON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 00 - 0417** |
| **VERSUS** | * | |
| | * | |
| | * | **SECTION "G"** |
| **COMMUNITY SERVICES ENTERPRISES, INC.** | * | |
| | * | **MAGISTRATE (3)** |

* * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING OF MOTION TO WITHDRAW AS COUNSEL OF RECORD, INCORPORATED MEMORANDUM IN SUPPORT, AND ORDER

Undersigned counsel, Andrew C. Partee Jr., Ronald L. Naquin, Zenel A. Doucet, and the firm of Chaffe, McCall, Phillips, Toler and Sarpy, L.L.P., request that this Court address their Motion to Withdraw as Counsel of Record on an expedited basis in conjunction with its pending Motion to Continue All Pre-Trial Cut-Off Dates and Trial Date. Undersigned counsel avers that its Motion to Withdraw and its Motion to Continue have a direct bearing on one another and that the interests of judicial economy and fairness would best be served if both motions were set for hearing on the same date and time.

DATE OF ENTRY

OCT 2 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

Respectfully submitted,

**CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.**

_____
ANDREW C. PARTEE, JR. (T.A.) (# 10380)
RONALD L. NAQUIN (# 9890)
ZENEL A. DOUCET (#26267)
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for Defendant,
Community Services Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 18, 2000, served a copy of the foregoing on counsel of record by facsimile and by U.S. mail, postage prepaid and properly addressed.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing and Incorporated Memorandum in Support;

**IT IS HEREBY ORDERED** that undersigned counsel's Motion for Expedited Hearing on its Motion to Withdraw as Counsel of Record is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's Motion to Continue All Pre-Trial Cut-Off Dates and Trial Dates be heard on an expedited basis in conjunction with undersigned counsel's Motion to Withdraw as Counsel of Record.

A hearing of this matter will be held on the _____ day of _____, 2000 at _____ o'clock a.m/p.m.    Denied as Moot.

New Orleans, Louisiana, this _28_ day of _Sept_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

479162_1                          3