

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENDA A. BURTON | * | CIVIL ACTION |
| | * | |
| | * | NO. 00 - 0417 |
| VERSUS | * | |
| | * | |
| | * | SECTION "G" |
| COMMUNITY SERVICES ENTERPRISES, INC. | * | |
| | * | MAGISTRATE (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION FOR EXPEDITED HEARING OF ITS
MOTION TO CONTINUE ALL PRE-TRIAL CUT-OFF DATES AND TRIAL DATE
AND INCORPORATED MEMORANDUM IN SUPPORT**

    **NOW INTO COURT**, through undersigned counsel, comes defendant, Community Services Enterprises, Inc. ("CSE"), who filed a Motion to Continue All Pre-Trial Cut-Off Dates and Trial Date with this Court on September 15, 2000. Defendant simultaneously filed a Notice of Hearing of its Motion to Continue setting the hearing with this Court for October 6, 2000 at 9:00 a.m. Because October 6, 2000, was not available, the Court set the hearing for **October 11, 2000** at 9:00 a.m.

    Defendant now requests that this Court address its Motion to Continue on an expedited basis given the fact that the discovery cut-off date, including the date that all depositions intended for use at trial must be taken, is **October 10, 2000** -- the day after the hearing. Plaintiff's counsel also requests that Defendant's Motion to Continue be heard on an expedited basis. CSE thus



respectfully requests that this Court hear his Motion to Continue All Pre-Trial Cut-Off Dates and Trial Date on an expedited basis.

Undersigned counsel also requests that its Motion to Withdraw as Counsel of Record be heard on an expedited basis in conjunction with the Motion to Continue given the fact that both motions have a direct bearing on one another. A consolidated hearing on both motions will best serve the interests of judicial economy and all parties concerned.

                              Respectfully submitted,

                              CHAFFE, McCALL, PHILLIPS,
                              TOLER & SARPY, L.L.P.

                              ANDREW C. PARTEE, JR. (T.A.) (# 10380)
                              RONALD L. NAQUIN (# 9890)
                              ZENEL A. DOUCET (#26267)
                              2300 Energy Centre, 1100 Poydras Street
                              New Orleans, Louisiana 70163-2300
                              Telephone: (504) 585-7000
                              Facsimile: (504) 585-7075
                              *Attorneys for Defendant,*
                              *Community Services Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on September 18, 2000, served a copy of the foregoing on counsel of record by facsimile and by U.S. mail, postage prepaid and properly addressed.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA A. BURTON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 00 - 0417** |
| **VERSUS** | * | |
| | * | |
| | * | **SECTION "G"** |
| **COMMUNITY SERVICES ENTERPRISES, INC.** | * | |
| | * | **MAGISTRATE (3)** |

* * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing and Incorporated Memorandum in Support;

**IT IS HEREBY ORDERED** that defendant's Motion for Expedited Hearing on its Motion to Continue All Pre-Trial Cut-Off Dates and Trial Date is **GRANTED**.

**IT IS FURTHER ORDERED** that undersigned counsel's Motion to Withdraw as Counsel of Record be heard on an expedited basis in conjunction with the Motion to Continue All Pre-Trial Cut-Off Dates and Trial Date.

*Denied as Moot*

A hearing of this matter will be held on the _____ day of _____, 2000 at _____ o'clock a.m/p.m.

New Orleans, Louisiana, this _28_ day of _Sept_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

479130_1                                3