

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA A. BURTON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 00 - 0417** |
| **VERSUS** | * | |
| | * | |
| | * | **SECTION "G"** |
| **COMMUNITY SERVICES ENTERPRISES, INC.** | * | |
| | * | **MAGISTRATE (3)** |

* * * * * * * * * * * * * * * *

### JOINT MOTION TO AMEND ORDER OF DISMISSAL AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT** through undersigned counsel, plaintiff Brenda A. Burton and defendant Community Services Enterprises, Inc., respectfully move this Honorable Court to amend its September 28, 2000 sixty-day Order of Dismissal to a three hundred-day Order of Dismissal.

On October 6, 2000, the parties entered into a Settlement Agreement and Receipt and General Release. According to the terms and conditions of the Settlement Agreement, Community Services Enterprises, Inc. has until July 15, 2001, to fulfill its obligations under the terms and conditions of the Agreement. Furthermore, Community Services Enterprises, Inc. has agreed that a consent judgment be entered against it in the event that Community Services Enterprises, Inc. fails to abide by the terms and conditions contained in the Agreement.

Amending the sixty-day order of dismissal to a three hundred-day order of dismissal would allow this Court to retain jurisdiction over the instant case in the event that the entry of a

480854_1                              DATE OF ENTRY  OCT 1 8 2000                              1

consent judgment against Community Services Enterprises, Inc. becomes necessary because of Community Services Enterprises, Inc. failure to abide by the terms and conditions of the Agreement at any time between execution of the Agreement and July 15, 2001.

Respectfully submitted,

*[signature]*
**WENDY HICKOK ROBINSON (# 25225)**
**CHARLES M. DELBAUM (T.A.) (# 22035)**
-of-
**NEW ORLEANS LEGAL ASSISTANCE CORPORATION**
144 Elk Place, Suite 1000
New Orleans, Louisiana 70112
Telephone: 504-589-1000
*Attorneys for Plaintiff Brenda A. Buton*

-and-

*[signature]*
**ANDREW C. PARTEE, JR. (T.A.) (# 10380)**
**RONALD L. NAQUIN (# 9890)**
**ZENEL A. DOUCET (# 26267)**
-of-
**CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.**
1100 Poydras Street, 2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
*Attorneys for Defendant Community Services Enterprises, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA A. BURTON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 00 - 0417** |
| **VERSUS** | * | |
| | * | |
| | * | **SECTION "G"** |
| **COMMUNITY SERVICES ENTERPRISES, INC.** | * | |
| | * | **MAGISTRATE (3)** |

* * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that the Joint Motion to Amend Order of Dismissal be, and is hereby, **GRANTED**.

**IT IS FURTHER ORDERED** that this Court's September 28, 2000 sixty-day Order of Dismissal is hereby amended to a three hundred-day Order of Dismissal.

New Orleans, Louisiana, this  17  day of    Oct    , 2000.

_____
United States Magistrate Judge

480854_1                                                  1